| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THEODORE K. GIDEONSE,<br><br>Plaintiff,<br>v.<br><br>PATENAUDE & FELIX, A Professional Corporation, and DOES 1-10, inclusive,<br><br>Defendant(s). | CASE NO. 07cvCV0804BTM(AJB)<br><br>ORDER ON JOINT MOTION TO CONTINUE THE EARLY NEUTRAL EVALUATION CONFERENCE |

THIS MATTER came before the Court on a Joint Motion to continue the Early Neutral Evaluation Conference scheduled for August 3, 2007.

WHEREUPON the Court, being fully advised in the premise, it is hereby ORDERED, ADJUDGED, AND DECREED:

1. Good cause exists to vacate the Early Neutral Evaluation Conference set for August 3, 2007 at 10:30 am and continue it to *August 31, 2007 at 10:30 am.*

///
///
///
///
///

- 1 -

ORDER

2. This Court's *ORDER SETTING EARLY NEUTRAL EVALUATION CONFERENCE; BRIEFING SCHEDULE AND BRIEFING REQUIREMENTS* filed on June 25, 2007, shall remain the same, except that Plaintiff's counsel must submit a settlement brief by August 17, 2007 and Defendant's counsel must submit a settlement brief by August 24, 2007.

SO ORDERED

DATED: June 29, 2007

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court